Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*    11th Circuit Docket Number: 26-11197

| Caption: | District and Division: Middle District of Florida-Fort Myers |
|---|---|
| Sanctuary of the South et al. | Name of Judge: Hon. Sheri Polster Chappell |
| v. | Nature of Suit: 42 U.S.C. § 1983 |
| Governor, State of Florida et al. | Date Complaint Filed: 07/16/2025 |
| | District Court Docket Number: 2:25-cv-747-SPC-DNF |
| | Date Notice of Appeal Filed: 05/26/2026 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes   ☑ No |
| | If Yes, provide |
| | (a)   Caption: _____ |
| | (b)   Citation: _____ |
| | (c)   Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | AUSA David P. Rhodes | 400 N. Tampa St. Ste. 3200 Tampa, FL 33602 | 813-274-6000 813-274-6102 david.rhodes@usdoj.gov |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Carmen Iguina Gonzalez, Esq. | 915 15th St. N.W. Washington, D.C. 20005 | 202-393-4930 Ciguinagonzalez@aclu.org |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 0 |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO  ☐ Preliminary  ☐ Granted  ☐ Permanent  ☐ Denied |
| | | ☐ Injunction | |
| | | ☑ Other _____ | |

Page 2                                                11th Circuit Docket Number: _____

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?    ☐ Yes   ☑ No
     What is the issue you claim is one of First Impression? _____

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes   ☐ No

     If Yes, provide
     (a)  Case Name/Statute  8 U.S.C. §§ 1252(f)(1), 1252(e)(1)(A), Fed. R. Civ. P. 23(a) _____
     (b)  Citation _____
     (c)  Docket Number if unreported _____

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a)  Arises from substantially the same case or controversy as this appeal?    ☐ Yes   ☑ No
     (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes   ☑ No

     If Yes, provide
     (a)  Case Name _____
     (b)  Citation _____
     (c)  Docket Number if unreported _____
     (d)  Court or Agency _____

(4)  Will this appeal involve a conflict of law
     (a)  Within the Eleventh Circuit?    ☐ Yes   ☑ No
     (b)  Among circuits?    ☐ Yes   ☑ No

     If Yes, explain briefly:

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

     Whether the district court erred in granting, in part, the plaintiffs' motion for a preliminary injunction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _15th_____ DAY OF _July_____, _2026_____.

_AUSA David P. Rhodes_____        _/s/ David P. Rhodes_____
        NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL